ALPHEUS BROOKS *vs.* CHANDLER CARTER & others.

Franklin. September 22. — 25, 1875. AMES & DEVENS, JJ., absent.

The will of a testator, after giving the use of the residue of his property to his sister A. for life, provided as follows : " After the decease of A. it is my will that my property should then be divided equally among all my brothers and sisters : if not living, the share of each to be divided equally among their children." A. died after the testator leaving children. There were then living the children of a brother and of a sister, both of whom died before the date of the will, and also a brother of the testator. *Held,* that the division was to be made on the death of A., and that her children, as well as the children of the brother and of the sister who died before the testator, were each entitled as a class to one fourth of the residue, and the surviving brother to the other fourth.

BILL OF INTERPLEADER by the executor of the will of Brigham Carter. The case was reserved by *Ames*, J., for the consideration of the full court, upon the pleadings and an agreed statement of facts, and appeared to be as follows:

The testator by his will, dated September 28, 1855, and admitted to probate on July 21, 1857, after sundry legacies, by the sixth article thereof made the following bequest:

" To my sister Almina C. Frost, I give, bequeath and devise the use of all the balance of my property, both personal and real, after paying the above legacies, during her natural life. After the decease of the said Almina C. Frost, it is my will that my property should then be divided equally among all my brothers and sisters : if not living, the share of each to be divided equally among their children."

Wilder Carter, a brother of the testator, and Amanda Wilder, a sister, died before the will was made, both leaving children who are now living. At the date of the will the following brothers and sisters were living: Minot Carter, Theresa Carter and Hepzibah Carter, all of whom died before the testator, unmarried; Chandler Carter, who is now living ; and Almina Frost, who died after the testator, leaving children who are now living.

*C. G. Delano*, for Chandler Carter, contended that the bequest, after the death of Almina Frost, was to the brothers and sisters as a class, and that the brother then surviving, being the only representative of the class, was entitled to the whole.

*S. T. Field*, for the children of Wilder Carter, Amanda Wilder and Almina Frost.

GRAY, C. J. The intention of the testator, as expressed in his will, appears to us to have been that the residue of his estate should be divided equally among all his brothers and sisters ; that the share of every one of them, not living at the time of the division, should be divided equally among his or her children ; and that the death of his sister Almina, to whom he gave a life estate in this residue, should fix the time at which the distribution should be made. It follows that her children, as well as the children of his brother and of his sister who died before him, are each entitled as a class to one fourth of the residue, and the surviving brother to the other fourth.                     *Decree accordingly.*